# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1706

_____

United States of America,                *
                                  *

        Appellee,            *   Appeal from the United States
                                  *   District Court for the
      v.                      *   District of Nebraska.
                                  *

Deandre W. Robinson,          *   [UNPUBLISHED]
                                  *

        Appellant.           *

_____

Submitted: January 14, 2008
Filed: January 17, 2008

_____

Before WOLLMAN, RILEY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Deandre Robinson appeals the 90-month prison sentence that the district court[1] imposed after granting the government's Federal Rule of Criminal Procedure 35(b) motion to reduce his sentence based on substantial assistance. Robinson's counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the reduction was inadequate in view of Robinson's cooperation with the government.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Counsel's argument is unavailing.  <u>See</u> <u>United States v. Haskins</u>, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (court lacks jurisdiction to hear appeal of district court's decision on Rule 35(b) motion; <u>United States v. Booker</u>, 543 U.S. 220 (2005), did not expand 18 U.S.C. § 3742(a) to include appellate review of discretionary sentencing reductions); <u>United States v. Coppedge</u>, 135 F.3d 598, 599 (8th Cir. 1998) (per curiam) (challenge to extent of sentence reduction upon government's Rule 35(b) motion was unreviewable because appeal was not based on any criteria listed in § 3742(a)).  Having reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues.

The judgment is affirmed.

_____